IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS, BENTON DIVISION

In the Bankruptcy Matter of:

Samuel G. Pyron

          Debtor

Bankruptcy No. 08-41227
Judge Laura K. Grandy
Chapter: 13

## ORDER MODIFYING AUTOMATIC STAY AND CO-DEBTOR STAY

This cause coming before the Court on the Motion of HSBC Mortgage Services, through its attorneys, Johnson, Blumberg & Associates, LLC, for relief from the automatic stay and co-debtor stay, the Court being fully advised;

IT IS HEREBY ORDERED:

A. That the Automatic Stay and Co-Debtor Stay of the above case is hereby modified to allow HSBC Mortgage Services to proceed with foreclosure, eviction, or any other action to preserve and enforce its rights with regard to the property commonly known as 8655 Winemiller Road, Macedonia, Illinois 62860.

B. That the 14 day stay provision of Bankruptcy Rule of Procedure 4001(a)(3) is waived.

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: June 29, 2010

                                /s/ Laura K. Grandy
                                UNITED STATES BANKRUPTCY JUDGE